**WO**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00641-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Osvaldo Rios Rocha, | |
| Defendant. | |

Pending before the Court is the Defendant's Motion for Early Termination of Supervised Release (Doc. 132).  The Government has filed a Response (Doc. 133).  The Court now issues its Order.

I.      Background

The Defendant and two others were charged by a Federal Grand Jury of Conspiracy (18 U.S.C. § 37), and making a False Statement During a Purchase of a Firearm (18 U.S.C. § 924(a)(1)(A)).  (Doc. 1).  On January 10, 2019, he entered a guilty plea to Counts 2 and 4 of the Indictment charging him with Aiding and Abetting a False Statement During a Purchase of a Firearm.  (Doc. 53).  Therein, he admitted that between January 15 and 21, 2018, he assisted with the purchase of six firearms by directing his co-defendant, Andrew Mie Flores, to purchase firearms that he pre-selected and to do so by claiming that he was the true purchaser of those firearms.  (*Id.* at 9).  He admitted to directing co-defendant Raheem Abdul-Latif Fuller, to do the same on a different occasion.  The Defendant admitted that he immediately took possession of the firearms.  (*Id*. at 10).

1    On April 22, 2019, this Court sentenced the Defendant to a term of federal custody

2   of sixteen-months on each count to run concurrently.  (Doc. 113).  He was also ordered to

3   serve two-years on Supervised Release on each count to run concurrently.  (*Id.*)  He was

4   also Ordered to pay a Special Assessment fee.  He now seeks early termination of his

5   Supervised Release term.

6        I.       Law and Analysis

7        Title 18 U.S.C. § 3583(e)(1) gives a district court discretion in determining whether

8   or not to grant a motion to terminate supervised release.  *See United States v. Emmett*, 749

9   F.3d 817, 819 (9th Cir. 2014).  In so doing, a court must consult the sentencing factors in

10  18 U.S.C. § 3553(a).  *Id.*  Courts must also "be satisfied that such action is warranted by

11  the conduct of the defendant released and the interests of justice."  18 U.S.C. § 3583(e)(1).

12       In applying the aforementioned factors to the Defendant, the Court believes that he

13  has met the requisite criteria making him eligible for early termination of his remaining

14  sentence. The Court notes that he has served approximately 18 months of his supervised

15  release term. The Court recollects that it imposed a sentence that was below the advisory

16  guideline range noting that the Defendant was lacking in criminal history and his positive

17  performance while on pre-trial release.  The Court imposed a sentence that it believed was

18  sufficient but not greater than necessary to achieve the section 3553(a) factors.  The Court

19  now believes the Defendant has.

20       The Defendant's Supervised Release term began on June 26, 2020.  Six months

21  later, he was transferred to a low-intensity program of supervision. (Doc. 133 at 2) His

22  current supervising officer states that he has been compliant with his terms of supervised

23  release, including being fully employed.  (*Id.*)  He has satisfied his financial obligations

24  and provided negative substance use tests.   The Defendant states that he has "fulfilled his

25  aspirations of being a dependable life partner and father to his young child." (Doc. 132 at

26  3).  He explains that it is his young family who motivates him to achieve his rehabilitative

27  goals. (*Id.*)

28       Finally,  the  Court  notes  that  the  Government  has  no  objection  to  the  early

1  termination request.  (Doc 133).  The Government also notes that the supervising officer

2  has no objection to terminating the Defendant's supervised release. (*Id*. at 2). Accordingly,

3      **IT IS ORDERED granting** the Defendant's Motion for Early Termination of

4  Supervised Release (Doc. 132).

5      Dated this 21st day of December, 2021.

6

7

8      _____
       Honorable Diane J. Humetewa

9      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28